An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO: A.P.M., JR.; AND E.M.M. | No. 64214 |
| ARLI P.M., Appellant, vs. STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; A.P.M., JR.; AND E.M.M., MINORS, Respondents. | |
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO: A.P.M., JR. AND E.M.M. | No. 64274 ✓ |
| ABIGAIL L.M., Appellant, vs. STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; A.P.M., JR.; AND E.M.M., Respondents. | **FILED** JUL 28 2014 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

*ORDER DISMISSING APPEAL IN DOCKET NO. 64274*

These are consolidated appeals from a district court order terminating appellants' parental rights as to the minor children. On June 25, 2014, appellant Abigail L.M.'s attorney filed a suggestion of death with this court suggesting on the record the death of Abigail L.M. When a party to an appeal dies, this court is unable to render any decision as to the merits of the appeal without the substitution of a personal representative on behalf of the deceased party because any decision rendered will have no effect against the deceased party's estate without such substitution. *See Koester v. Estate of Koester*, 101 Nev. 68, 72, 693

14-24583

P.2d 569, 572 (1985). Here, no notice of substitution has been filed. Nevertheless, because this appeal concerns Abigail L.M.'s parental rights as to the minor children and her estate has no interest in those rights, *see Christian Placement Service, New Mexico Christian Children's Home v. Gordon*, 697 P.2d 148, 152 (N.M. Ct. App. 1985) (explaining that a deceased parent's estate has no interest in the deceased parent's right to raise the child), *superseded by statute on other grounds as recognized in Lucero v. Hart*, 907 P.2d 198 (N.M. Ct. App. 1995), a substitution of a personal representative on behalf of Abigail L.M. would be improper. As Abigail L.M. is now deceased and her estate has no interest in this appeal, we dismiss the appeal docketed in Docket No. 64274. The clerk of this court shall strike the opening brief filed by Abigail L.M. on June 19, 2014. In respondents' answering briefs, we will only consider the arguments relevant to the remaining appellant, Arli P.M.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Frank P. Sullivan, District Judge, Family Court Division
        Valarie I. Fujii & Associates
        Special Public Defender
        Legal Aid Center of Southern Nevada
        Clark County District Attorney/Juvenile Division
        Eighth District Court Clerk